454 A.2d 154

Commonwealth v. Malcom, Jr., Appellant.

Petition for Allowance of Appeal
Denied July 11, 1983.

Argued April 14, 1982. William Lewis Garvin, for appellant; James T. Davis, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.